# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER TONER, | : | No. 170 WAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE TRAVELERS HOME AND MARINE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether the Superior Court correctly determined that an insured, who signed a UM/UIM stacking waiver at the inception of a single vehicle policy, was not entitled to stack UM /UIM benefits, even though the carrier failed to obtain stacking waivers when second and third vehicles were added to the policy?